# MANDATE

S.D.N.Y.
108-cv-3261
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21⁵ᵗ day of May , two thousand eight,

Present:

Hon. José A. Cabranes,
Hon. Richard C. Wesley,
Hon. J. Clifford Wallace,*
*Circuit Judges.*



---

James Pettus,

               *Petitioner,*

    v.

Superintendent Rock,

               *Respondent.*

08-1714-op

---

Petitioner, *pro se*, requests an order authorizing the United States District Court for the Southern District of New York to consider a second or successive 28 U.S.C. § 2254 petition. Upon due consideration, it is hereby ORDERED that the application is DENIED because Petitioner has not satisfied the criteria set forth in 28 U.S.C. § 2244(b). Petitioner has not proffered any "newly discovered evidence" sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found him guilty of grand larceny, welfare fraud, and offering a false instrument for filing. *See* 28 U.S.C. § 2244(b)(2).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *[signature]*

---

*The Honorable J. Clifford Wallace, of the United States Court of Appeals for the 9ᵗʰ Circuit, sitting by designation.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *[signature]*
Deputy Clerk

ISSUED AS MANDATE: JUN 20 2008

S.D.N.Y.
108-cv-3261
Wood, C.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of May , two thousand eight,

Present:

Hon. José A. Cabranes,
Hon. Richard C. Wesley,
Hon. J. Clifford Wallace,*
        *Circuit Judges.*



James Pettus,

                        *Petitioner,*

        v.                                                  08-1714-op

Superintendent Rock,

                        *Respondent.*

---

Petitioner, *pro se*, requests an order authorizing the United States District Court for the Southern District of New York to consider a second or successive 28 U.S.C. § 2254 petition. Upon due consideration, it is hereby ORDERED that the application is DENIED because Petitioner has not satisfied the criteria set forth in 28 U.S.C. § 2244(b). Petitioner has not proffered any "newly discovered evidence" sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found him guilty of grand larceny, welfare fraud, and offering a false instrument for filing. *See* 28 U.S.C. § 2244(b)(2).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

THE MANDATE CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
( ) ORDER
RECEIVED BY:_____ DATE_____

By: _____

*The Honorable J. Clifford Wallace, of the United States Court of Appeals for the 9th Circuit, sitting by designation.

SAO-MAB